Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Ruby L. Carr

Plaintiff(s),

v.

Naval Base Kitsap Bremerton

Defendant(s).

CASE NO. 3:18-cv-06005-RBL
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Ruby L. Carr
Street Address  10901 Dunham Place N.W.
City and County  Silverdale, Kitsap
State and Zip Code  WA. 98383
Telephone Number  (360) 908-0928
ruby.carr79@yahoo.com

COMPLAINT FOR A CIVIL CASE - 1

B.     Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

- Name: Naval Base Kitsap Bremerton
- Job or Title (if known):
- Street Address: 120 S. Dewey St.
- City and County: Silverdale, Kitsap
- State and Zip Code: WA. 98315
- Telephone Number: (866) 854-0638, (800) 562-3301
- http://kitsap.navylifepnw.com/

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

Defendant No. 4

    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

1  B.      If the Basis for Jurisdiction Is Diversity of Citizenship

2          1.      The Plaintiff(s)

3                  a.      If the plaintiff is an individual.

4          The plaintiff (name) __Ruby Li Carr__, is a citizen of the

5  State of (name) __Washington__.

6                  b.      If the plaintiff is a corporation.

7          The plaintiff, (name) _____, is incorporated under

8  the laws of the State of (name) _____, is incorporated under

9  the laws of the State of (name) _____, and has its principal

10 place of business in the State of (name) _____.

11         (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

12

13         2.      The Defendant(s)

14                 a.      If the defendant is an individual.

15         The defendant, (name) _____, is a citizen of the

16 State of (name) _____. Or is a citizen of

17 (foreign nation) _____.

18                 b.      If the defendant is a corporation.

19         The defendant, (name) __Naval Base Kitsap__, is incorporated under

20 the laws of the State of (name) __Washington__, and has its principal

21 place of business in the State of (name) __Washington__.

22         Or is incorporated under the laws of (foreign nation) _____,

23 and has its principal place of business in (name) _____.

24         (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.	The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

$100,000.00 for neglect to the repair and maintenance of the Commissary and Navy Exchange parking lot pavement.

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Tripped and fell on a large rut in the pavement.

### IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Permanent scarring of my right knee, prone to inflammation.

### V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  4 Dec 2018.

Signature of Plaintiff  *Hlary*

Printed Name of Plaintiff  Ruby L. Carr

Date of signing:  _____

Signature of Plaintiff  _____

Printed Name of Plaintiff  _____

Date of signing:  _____

Signature of Plaintiff  _____

Printed Name of Plaintiff  _____

COMPLAINT FOR A CIVIL CASE - 6

July 25, 2016

LETTER OF JUDGMENT CLAIM
AGAINST US NAVAL BASE IN PSNS IN BREMERTON.

On July 10, 2016 as I walked in between my car and the car parked next to mine I fell in an instant when I was just a few steps away from opening my passenger side door. My husband at the time was loading our groceries from the commissary. I was dressed in my Sunday worship service clothes as my husband and I had proceeded to the commissary straight after Sunday service. We don't often shop in PSNS as we live in Silverdale but decided to take advantage of the proximity of the venue of our Sunday service to the Bremerton naval base to buy our groceries. Upon falling, all I could do as it happened in an instant was to keep my chest and face from hitting the pavement. My nylons were ripped to shreds on my right knee that took the brunt of the fall. My husband reported the fall immediately after assisting me up on my feet. Help was rendered to check me out, clean and bandage the injury to my knee.
I have never fallen in a public place before and the pain was just as great as my embarrassment. My feelings are now followed also by being greatly concerned over the whole matter. I am a 59 year old woman and my age is a big disadvantage to a speedy and good healing. The pain is more intense now as the skin on my knee feels very raw and I had to go to the hospital to make sure my shoulder, lower back and right foot were not injured as these areas were in pain as well. Every step is painful as any sort of material rubbing against the injured area compounds the pain and discomfort, and the unsightly skin which must be covered so as not to be bothersome to others to have to see, is detrimental as well to my emotional sense of well being.
I very seldom shop in PSNS as I prefer to shop in Costco and Bangor Naval Base which is closer to where I live. I am very concerned after my husband took pictures of the area where I fell and also of the commissary parking lot for that matter, to discover how the area lends itself to falls especially where women are concerned! I have shopped in so many bases through out my almost 37 years of being a Navy dependent wife, in various attires and footwear. PSNS is more than an embarrassment, but also hazardous to women shoppers especially. I had stable thick heels on my pumps and the moment my right foot hit a difficult to visually distinguish raised part of the parking lot in between my car and the car parked next to mine, I went down in an instant.
Please do not allow the state of neglect to continue where the commissary parking lot is concerned, as there will be others after me in addition to those before me who will experience pain and injury.
I will explore avenues for the submission of claim for injuries sustained both physical and emotional caused by the fall, due to the appalling negligence on the part of Base Maintenance that's responsible to make sure the commissary parking lot is not hazardous especially to women shoppers. I am rightly justified

in my need and sense of responsibility to bring a suit of negligence against PSNS BASE Maintenance. Please rightfully and with compassion resolve this claim of negligence suit submitted against you, not only for just resolution on the pain and suffering, both physically and emotionally, as well as possible skin disfigurement due to most likely scarring of the afflicted area the fall caused me, but to consider the safety of all shoppers. Pictures have been taken of the commissary parking lot of PSNS and other bases as well such as Bangor, McChord, Everett and Fort Lewis.

_____
Signed: Ruby L. Carr
Mobile #: (360) 908-0928
Address: 10901 Durham Place NW.
Silverdale, WA. 98383
e-Mail: ruby.carr79@yahoo.com

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of the Navy, office of the Judge Advocate General Tort Claims Unit Norfolk 9620 Maryland Avenue Suite 205 Norfolk, Virginia 23511-2949 | Ruby L. Carr 10901 Durham Place NW. Silverdale, Washington 98383 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [ ] MILITARY  [X] CIVILIAN | 1956/09/28 | Married | 2016/07/10 | 1:30 PM |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The Navy Exchange parking lot has many large ruts. One caused me to trip and fall, landing hard on my right knee. Pictures were taken at the scene and a report by the base police were submitted to the base legal department. I was in great pain and my normal routines were filled with great discomfort for at least a month. Nearly two years later the neglected parking lot condition remains the same. The injury caused by this situation has resulted in permanent scarring to my knee.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NA.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The parking lot for the Navy Exchange and Commissary at Naval Base Kitsap, is full of ruts and has very uneven pavement. Address 1400 Farragut Avenue Bremerton, Washington 98314.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Injury caused cut to right knee, exposing flesh that was extemely painful to slightest touch of any fabric. Loss of proper rest due to great pain for several days. Area was swollen, bruising and appearance needed to be covered in order not to cause discomfort to others, further self consciousness and humiliation to my self esteem when out in public.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Richard G. Carr | Same |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Nylons, $15.00 | Emotional & phyical scarring. | NA. | Pain and scarring, $150,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (360) 908-0928 | 2018/05/21 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| LTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **CARR, RUBY L**
Treatment Facility: **NH BREMERTON**
Patient Status: **Outpatient**

Date: **19 Jul 2016 1410 PDT**
Clinic: **B FM2**

Appt Type: **24HR**
Provider: **HAMILTON, ANDREW R (BREM)**

AutoCites Refreshed by VACA, STEPHANNY @ 19 Jul 2016 1403 PDT

Social History
No Social History Found.

**Reason for Appointment:**
59y f/u r knee cx
**Appointment Comments:**
tri/mlr/hamilton

Screening Written by THORNTON, SAMUEL J @ 19 Jul 2016 1441 PDT
Reason For Appointment: 59y f/u r knee cx

Allergen information verified by THORNTON, SAMUEL J @ 19 Jul 2016 1441 PDT

G3 P3 LC3. Post-menopause.

**Vitals**
Vitals Written by THORNTON, SAMUEL J @ 19 Jul 2016 1441 PDT
BP: 94/62,   HR: 76,   RR: 18,   T: 98.3 °F,   HT: 59 in,   WT: 119.9 lbs,   BMI: 24.22,   BSA: 1.484 square meters,
Tobacco Use: No,   Alcohol Use: No

S/O Note Written by MCQUADE, LINDSAY K @ 19 Jul 2016 1524 PDT
**Chief complaint**
The Chief Complaint is: Right knee injury.
**History of present illness**
The Patient is a 59 year old female.

<<Note accomplished in TSWF-CORE>>

59 y/o female pt presents to the clinic for right knee injury, Pt fell 10 days ago and injured her right knee, Pt states pain and bleeding when the scab is scraped, Pt states she does not feel the wound is healing well. Pt has been using naproxen for pain but says it does not work to well.

FNP student note - In addition to note above, pt reports painful scab over right knee after fall 10 days, previously evaluated. No joint swelling or pain, reports 'skin pain' and some bleeding when scab is irritated. Pt has additional concern of upper abdominal pain, circumfrential at base of ribs. No fevers, no n/v/d, no blood in BM, no loss of appetite, reports pain present at night and in am, and not significant enough during the day to disrupt daily activities. Pt has not had colon cx screening and mother died of colorectal cx at age 62. Pt reports having been scheduled for 3 previous screenings and has not followed through.
   Fair general overall feeling /health and feeling tired (fatigue).
   Heartburn and abdominal pain.

Pain assessment
Location: right knee
Duration: 10 days
Quality:
Factors that correlate with onset:
Frequency:
Average level:
Worst level:
Least level:
What makes it better:

| Name: | **CARR, RUBY L** | Sex: | F | Sponsor Name: | CARR, RICHARD GEORGE |
|---|---|---|---|---|---|
| FMP/SSN: | 30/6191 | DoD ID: | 1183803324 | Rank: | CHIEF PETTY OFFICER |
| DOB: | | Tel H: | **360-560-1914** | Unit: | RETSP   (SPONSOR RETIRED) |
| PAT CAT: | N43 USN FAM MBR RET | Tel W: | | OutPAT RR: | NHB OUTPT RECS |
| MC Status: | TRICARE PRIME (CHAMPUS) | CS: | | Insurance: | No |
| Status | | PCM: | HAMILTON, ANDREW R (BREM) | Tel. PCM: | 360-475-4345 |
| CIC: | | | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 7

Case 3:18-cv-06005-RBL Document 3 Filed 12/21/18 Page 11 of 12



DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK, VA 23511-2949

IN REPLY REFER TO

5890
Ser J181364
June 6, 2018

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RUBY L CARR
10901 DURHAM PLACE NW
SLIVERDALE WA 98383

Dear Ms. Carr:

SUBJECT: CLAIM OF RUBY L CARR; OUR FILE NO. J181364

This responds to your administrative claim in the amount of $150,000 for damages allegedly resulting from a fall in the parking lot at PSNS on July 10, 2016. Your claim was analyzed under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-2680. Our investigation has determined the United States is not liable under the FTCA for the damages claimed.

The United States is liable under the FTCA when the negligence or wrongful act of a Federal employee proximately causes injury. The damages alleged did not result from any negligent act or omission on the part of an employee of the United States. Accordingly, your claim is denied.

If you do not agree with this decision, be advised you have six months from the date of mailing of this letter to file suit in the appropriate Federal district court. If you have any questions, please contact me by phone at (757) 341-4538 or email at kristina.schlieter@navy.mil.

Sincerely,

KRISTINA L. SCHLIETER
Tort Claims Attorney

Pierce **COUNTY DISTRICT COURT**
**CASE INFORMATION COVER SHEET**

**Court Case Number** _____

Attorney Name: _____ Bar Number: _____
Plaintiff/Petitioner: Ruby L. Cann
Defendant/Respondent: _____
Amount of Suit: $ 100,000.00

Please check <u>one</u> category that best describes this case for indexing purposes. Accurate case indexing saves time in docketing new cases and assists in forecasting needed judicial resources. Cause of action definitions are listed on this form. Thank you for your cooperation.

_____ Alcohol Treatment (ALT)
_____ Animal Impound (AMI)
_____ Anti-Harassment Petition (HAR)
_____ Automobile Damages (AUT)
_____ Breach of Contract (BRE)
_____ Carry Concealed Weapon (CCW)
_____ Commercial Electronic Mail (CEM)
_____ Damage Deposit (DD)
_____ Deposition Sister State (DEP)
_____ District Court Judgment (DCJ)
_____ Domestic Violence Petition (DVP)
_____ Extreme Risk Protection Order (XRP)
_____ Firearm Forfeiture (PFA)
_____ Foreclosure Lien (FOR)
_____ Goods and Services (GS)
_____ Lease Agreement (LA)
_____ Loan (LOA)
_____ Mental Illness (MI)
_____ Municipal Court Judgment (MCJ)

_____ Name Change (CHN)
_____ NSF Check (NSF)
_____ Open Account (OPA)
_____ Other (OTH)
_____ Petition for Seized Goods (PFS)
✓ Personal Injury (PIN)
_____ Private Tow (PRI)
_____ Property Damages (PRP)
_____ Property Damages-Gangs (PRG)
_____ Public Tow (PUB)
_____ Rent (REN)
_____ Replevin (REP)
_____ Restitution (RES)
_____ Services Rendered (SER)
_____ Sexual Assault Protection (SXP)
_____ Stalking Protection (STK)
_____ Transcript (TRN)
_____ Wages (WAG)
_____ Written Instrument (WR)

See Reverse for Case Information Category Definitions

**If you cannot determine the appropriate category, please describe the cause of action below:**

_____
_____

*Please Note: Public information in court files and pleadings may be posted on a public Web site.*
**CASE INFORMATION DEFINITIONS**