HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUBY L. CARR,<br><br>              Plaintiff,<br><br>    v.<br><br>NAVAL BASE KITSAP BREMERTON,<br><br>              Defendant. | CASE NO. C18-6005<br><br>ORDER VACATING DISMISSAL AND SHOW CAUSE |

The Plaintiff in the above matter requested to electronically file and receive documents on December 21, 2018. However, there was a clerical error when entering the Plaintiff's email address, causing the Plaintiff not to receive any further documents from the Court. That error has been corrected.

THEREFORE, The Order to Show Cause [Dkt. #7] is **VACATED** and the Order of Dismissal [Dkt. #8] filed on June 7, 2019 is also **VACATED**. Plaintiff is required to comply with the Federal Rules of Civil Procedure, particularly rule 4(m), and must serve his complaint.

IT IS SO ORDERED.

Dated this 14th day of June, 2019.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge